UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

JAMES KELLEY,

                              Plaintiff,

        - against -

WOS, INC.

                              Defendant.

Docket No. 1:20-cv-195

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff James Kelley ("Kelley" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant WOS, Inc. ("WOS" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of a snake, owned and registered by Kelley, a professional photographer. Accordingly, Kelley seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in Texas.

4.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

**PARTIES**

5.     Kelley is a professional photographer in the business of licensing his photographs for a fee having a usual place of business at 12202 NE 115th Street, Vancouver, WA 98682.

6.     Upon information and belief, WOS is a domestic business corporation duly organized and existing under the State of Texas with a place of business at 801 Congress Avenue, Suite 330, Austin, Texas 78701. Upon information and belief, WOS is registered with the Texas Department of Corporations to do business in Texas. At all times material hereto, WOS has owned and operated a website at the URL: www.WideOpenSpaces.com (the "Website").

**STATEMENT OF FACTS**

**A.     Background and Plaintiff's Ownership of the Photograph**

7.     Kelley photographed a snake (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.     Kelley is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9.     The Photograph was registered with United States Copyright Office and was given Copyright Registration Number VA 2-162-154.

**B.     Defendant's Infringing Activities**

10.    WOS ran an article on the Website entitled *Venom vs. Poison, Aren't They The Same?* See: https://www.wideopenspaces.com/venom-vs-poison-arent-pics/. The article featured the Photograph. A screenshot of the Photograph on the Website is attached hereto as Exhibit B.

11.     WOS did not license the Photograph from Plaintiff for its article, nor did WOS

have Plaintiff's permission or consent to publish the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

12.     Plaintiff incorporates by reference each and every allegation contained in

Paragraphs 1-11 above.

13.     WOS infringed Plaintiff's copyright in the Photograph by reproducing and

publicly displaying the Photograph on the Website. WOS is not, and has never been, licensed or

otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14.     The acts of Defendant complained of herein constitute infringement of Plaintiff's

copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the

Copyright Act, 17 U.S.C. §§ 106 and 501.

15.     Upon information and belief, the foregoing acts of infringement by WOS have

been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16.     As a direct and proximate cause of the infringement by the Defendant of

Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and

Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.     That Defendant WOS be adjudged to have infringed upon Plaintiff's copyrights in

the Photograph in violation of 17 U.S.C §§ 106 and 501;

2.     That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

3.     That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4.     That Plaintiff be awarded punitive damages for copyright infringement;

5.     That Plaintiff be awarded attorney's fees and costs;

6.     That Plaintiff be awarded pre-judgment interest; and

7.     Such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
February 20, 2020

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
    Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff James Kelley*