IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAMES KELLY, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-20-CV-0195-LY |
| | § | |
| WOS, INC., | § | |
| DEFENDANT. | § | |
| | § | |

**FINAL JUDGMENT**

Before the court is the above styled and numbered action. On March 27, 2020, Plaintiff James Kelly filed Notice of Settlement and Dismissal of Civil Action with Prejudice (FRCP 41(a)(1)(A)(i)), which provides that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the case has settled and should be dismissed with prejudice, with each side to bear its own costs and attorney's fees. Having considered the case file and the applicable law,

**IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each side bear its own costs and attorney's fees. As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this 30th day of March, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE